**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on December 17, 2012**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 12–20860–RAM**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Silvia Lucia Jaramillo
6473 SW 152 Circle Place
Miami, FL 33193

SSN: xxx–xx–7619

## FINAL DECREE

The trustee, Joel L Tabas, having filed a final report that the estate has been fully administered, is discharged and the case is closed.